IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv265

| | |
|---|---|
| **MEINEKE CAR CARE CENTERS, INC.,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **U.S. AUTOMOTIVE, INC.; and** ) | |
| **WILLIAM R. BRADSHER, JR.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on periodic status review. Review of the docket reveals that certificates of service have been filed as to defendants and that the time for such defendants to answer has run by more than 60 days and plaintiff has not moved for default. The court was informed in June 2011 by counsel for plaintiff that settlement negotiations were ongoing; however, the time for filing an answer has expired, making its briefed Motion for a Preliminary Injunction ripe for decision.

**ORDER**

**IT IS, THEREFORE, ORDERED** that counsel for plaintiff either seek default or file another motion not later than September 9, 2011.

Signed: September 6, 2011

Max O. Cogburn Jr.
United States District Judge