IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv265

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) ORDER ) |
| U.S. AUTOMOTIVE, INC., WILLIAM R. BRADSHER, JR., | ) ) ) ) ) |
| Defendants. | ) ) |

This matter is before the court on plaintiff's motion for stay of proceedings for 14 days pending consummation of the party's pending settlement (#12). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the motion for stay pending settlement (#12) is GRANTED.

Signed: September 13, 2011

Max O. Cogburn Jr.
United States District Judge