IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION



| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., | CIVIL ACTION NO. |
| Plaintiff, | 3:11-CV-00265 |
| vs. | **FINAL CONSENT JUDGMENT** |
| U.S. AUTOMOTIVE, INC., and WILLIAM R. BRADSHER, JR., | |
| Defendants. | |

The parties having advised the Court that they have settled the above captioned case ("Case"), and that they have agreed that the Court shall enter an Order pursuant to a Settlement Agreement attached hereto as **Exhibit A** by and between the parties to this action,

It is this 14th day of October, 2011 hereby **ORDERED, ADJUDGED, AND DECREED** that:

A Judgment be granted to Meineke Car Care Centers, Inc. against Defendants U.S. Automotive, Inc. and William R. Bradsher, Jr. in the amount of Eighteen Thousand Two Hundred and Seventy-Five and 31/100 Dollars ($18,275.31);

IT IS FURTHER ORDERED that Defendants U.S. Automotive, Inc. and William R. Bradsher, Jr. shall cease and refrain from for a period of one year from the date they begin compliance with such covenant not to compete, from directly or indirectly (such as through corporations or other entities owned or controlled by them), owning a legal or beneficial interest in, managing, operating or consulting with: any business performing exhaust, brakes, or shocks and struts services at the premises of former Meineke Center No. 1280 located at 3427-B Holland Road, Virginia Beach, VA 23452 or within six (6) miles of former Center No. 1280 or within six (6)

miles of any other Meineke Center existing as of the date that Meineke Center 1280 terminated;

IT IS FURTHER ORDERED that Defendants U.S. Automotive, Inc. and William R. Bradsher, Jr. cease making any representation or statement that Defendants or the business located at 3427-B Holland Road, Virginia Beach, VA 23452 is in any way approved, endorsed or licensed by Meineke, or are identified with Meineke in any way, including but not limited to: (i) doing everything required by the telephone company, including but not limited to, the payment of all outstanding telephone bills and the signing of all relevant telephone authorization transfer documents, to release or transfer to Meineke the telephone number (757) 368-2656 now being used by Defendants' business located at 3427-B Holland Road, Virginia Beach, VA 23452 that has been advertised in conjunction with Meineke's name, logo and Marks; and (ii) cease using and/or remove and/or have removed any names, marks, signs, forms, advertising, manuals, computer software, supplies, products, merchandise and all other things and materials of any kind which are identified or associated with the Meineke name, logo, marks or trade dress, or which contain a name, logo, mark or trade dress confusingly similar to the Meineke name, logo, marks or trade dress, including, but not limited to the black and yellow signage that lists Meineke's services.

IT IS FURTHER ORDERED that for every day that that Defendants U.S. Automotive, Inc. and William R. Bradsher, Jr. violate the Court's Order as to paragraphs two (2) and three (3) of this Order, the time frame enumerated in those Orders shall be extended by one (1) day;

IT IS FURTHER ORDERED that all other claims in this action are dismissed with prejudice, including all other claims in this action against Defendants U.S. Automotive, Inc. and William R. Bradsher, Jr., and the clerk is ordered to close this file;

The Court retains jurisdiction over the parties to enforce the provisions of this Order.

SO ORDERED, this 14th day of October, 2011.

_____
MAX O. COGBURN, Jr.
UNITED STATES DISTRICT COURT JUDGE

CONSENTED TO IN FORM AND SUBSTANCE:

_____
Brian A. Romanzo
N.C. State Bar No. 42413
Attorney for Plaintiff
Meineke Car Care Centers, Inc.
128 South Tryon Street, Suite 900
Charlotte, NC 28202
Telephone: (704) 644-8105
Fax: (704) 358-4706
E-mail: brian.romanzo@drivenbrands.com

_____
U.S. Automotive, Inc.
4702 Elmhurst Ave.
Norfolk, VA 23513

_____
William R. Bradsher, Jr.
4702 Elmhurst Ave.
Norfolk, VA 23513

TIMOTHY A. JONES
Notary Public
Commonwealth of Virginia
7114954
My Commission Expires Sep 30, 2011